UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 454 (KPF) |
| LAMAR GRIFFIN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On February 7, 2024, the Court held a conference regarding Mr. Griffin's alleged violations of the conditions of his supervised release. Appearing at the conference on behalf of Mr. Griffin was Ms. Lisa Scolari, CJA counsel on duty for that date. For the reasons discussed at that conference, the Court finds that Mr. Griffin would benefit from the appointment of CJA counsel. As such, and understanding that there are no conflicts present, the Court hereby appoints Ms. Scolari as CJA counsel.

SO ORDERED.

Dated: February 7, 2024
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge