LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

October 2, 2024

Hon. Katherine Polk Failla
U.S. District Court
Southern District of New York
New York, NY
*via ECF*



Re: **United States v. Lamar Griffin**
18 Cr. 454 (KPF)

Your Honor:

    I write to request a month adjournment of the conference on Mr. Griffin's VOSR, which is currently scheduled for October 8, 2024. Both probation, by Amber Wilton, and the government, by Frank Balsamello, Esq., agree with this request. Mr. Griffin had been doing very well, as has previously been reported to the Court in probation's requests for adjournments. However, Mr. Griffin has recently faltered in his recovery and compliance with treatment. He admitted to using K2 and has also failed to attend his required treatment program.

    As we hope that this was a temporary lapse and probation reports that Mr. Griffin is back on track by returning to treatment, I request a month adjournment of the conference so we can assess Mr. Griffin status at that time.

Respectfully,
*Lisa Scolari*
Lisa Scolari

```
Application GRANTED.  The conference currently scheduled for October
8, 2024, is hereby ADJOURNED to November 7, 2024, at 3:30 p.m.  The
conference will be held in Courtroom 618 of the Thurgood Marshall
Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at
docket entry 386.

Date:      October 3, 2024            SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE