

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

November 4, 2024

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Lamar Griffin*, 18 Cr. 454 (KPF)

Dear Judge Failla:

The parties are currently scheduled to appear before the Court on Thursday, November 7, 2024 at 3:30 p.m.  As the Court is aware, since our last appearance, the defendant had been successfully participating in certain programs monitored by Probation; however, he experienced setbacks in September.  Since then, Probation reports that he has returned to attending the programs as directed and abstaining from drug use.  In light of these recent events—and to provide additional time to ensure that the defendant's progress is longer lasting—the Government respectfully requests that that Thursday's appearance be adjourned approximately 60 days.  Probation agrees, and defense counsel does not object.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Frank J. Balsamello
Assistant United States Attorney
(212) 637-2325

cc:   Lisa Scolari, Esq., counsel for the defendant (by ECF)

Application GRANTED. The conference currently scheduled for November 7, 2024, is hereby ADJOURNED to **January 7, 2025,** at **12:00 p.m.** The conference will be held in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 390.

Dated:    November 6, 2024          SO ORDERED.
          New York, New York

                                    *[signature: Katherine Polk Failla]*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE