LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

January 5, 2025

**MEMO ENDORSED**

Hon. Katherine Polk Failla
U.S. District Court
Southern District of New York
New York, NY
*via ECF*

**Re: United States v. Lamar Griffin**
18 Cr. 454 (KPF)

Your Honor:

    I write to request a two month adjournment of the conference on Mr. Griffin's VOSR, which is currently scheduled for January 7, 2025. Both probation, by Amber Wilton, and the government, by Frank Balsamello, Esq., agree with this request. Mr. Griffin had been doing reasonably well, but has recently faltered in his recovery and compliance with treatment. In early December, 2024 he tested positive for fentanyl and although he disputes the results, he also missed some of his required treatment sessions.

    Mr. Griffin has agreed to attend all drug treatment sessions and refrain from using any prohibited substances. Therefore, the parties recommend a two month adjournment so we can assess Mr. Griffin's status at that time.

Respectfully,
*Lisa Scolari*
Lisa Scolari

```
Application GRANTED.  The conference currently scheduled for January 7,
2025, is hereby ADJOURNED to March 19, 2025, at 12:00 p.m.  The
conference will be held in Courtroom 618 of the Thurgood Marshall United
States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket
entry 396.

Dated:    January 6, 2025             SO ORDERED.
          New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE