

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 19, 2025

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

    Re:   *United States v. Lamar Griffin*, 18 Cr. 454 (KPF)

Dear Judge Failla:

    The parties are currently scheduled to appear before the Court at 10:00 a.m. on Wednesday, August 20, 2025. Probation has notified the parties that the search of the defendants' cellphones remains ongoing; and in the interim, he has been compliant with conditions, to include attending drug treatment, testing negative for controlled substances, and maintaining employment. Accordingly, Probation and the parties respectfully request that the Court adjourn Wednesday's appearance approximately 30 days.

                         Respectfully submitted,

                         JAY CLAYTON
                         United States Attorney

         By: _____
                         Frank J. Balsamello
                         Assistant United States Attorney
                         (212) 637-2325

cc:    Lisa Scolari, Esq., counsel for the defendant (by ECF)

Application GRANTED.  The status conference currently scheduled for August 20, 2025 is hereby ADJOURNED to **September 23, 2025,** at **11:00 a.m.**  The conference will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 404.

Dated:    August 19, 2025          SO ORDERED.
          New York, New York

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE