UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>LAMAR GRIFFIN,<br><br>                              Defendant. | 18 Cr. 454 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

After conferring with the parties, the status conference previously scheduled for September 23, 2025 is hereby ADJOURNED to **September 26, 2025**, at **11:30 a.m.**  The conference will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  August 20, 2025
             New York, New York

                                             KATHERINE POLK FAILLA
                                             United States District Judge